**STATE of Missouri, Respondent,**

v.

**Robert D. DURAN, Appellant.**

**No. WD 32126.**

Missouri Court of Appeals, Western District.

March 16, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

## ORDER

**PER CURIAM:**

This appeal is from jury convictions for burglary in the second degree [§ 569.170, RSMo 1978] and for stealing [§ 570.030, RSMo 1978].

The judgments are affirmed. Rule 84.-16(b).